THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| **CHARLES PACKARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION NO: 2:15-cv-00087 |
| | ) | LGW-RSB |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TEMENOS ADVISORY, INC. and** | ) | |
| **GEORGE L. TAYLOR,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DISCLOSURE STATEMENT S.D. GA. LR 7.1.1

**The undersigned counsel of record for Defendant George L. Taylor certifies that the following is a full and complete list of the parties in this action:**

| <u>Name</u> | <u>Identification and Relationship</u> |
|---|---|
| Charles Packard | Plaintiff |
| George L. Taylor | Defendant |
| Temenos Advisory, Inc. | Defendant |

**The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:**

<u>Temenos Advisory, Inc:</u> As of the last known corporate filing, George Taylor is Director/CEO, Ann Taylor is Vice President, and Charles Packard is/was President and/or CFO.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

| Name | Identification and Relationship |
|---|---|
| Charles Packard | Plaintiff |
| George L. Taylor | Defendant |
| Temenos Advisory, Inc. | Defendant |

Respectfully submitted, this 14th day of July, 2015.

ROBERTS TATE, LLC

\s\*James L. Roberts, IV*
James L. Roberts, IV
Georgia Bar No. 608580
jroberts@robertstate.com
Lacey Houghton
Georgia Bar No. 363614
lhoughton@robertstate.com

Post Office Box 21828
St. Simons Island, Georgia 31522
(912) 638-5200
(912) 638-5300 – Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2015, I electronically filed the foregoing Disclosure Statement S.D. Ga LR 7.1.1 For Defendant George Taylor with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel to all counsel of record.

/s/ *James L. Roberts, IV*