IN THE STATE COURT OF GLYNN COUNTY
STATE OF GEORGIA

CHARLES PACKARD, )
 )
    Plaintiff, )
 )   Civil Case No.: CV-2015-0082
v. )
 )
TEMENOS ADVISORY, INC. and )
GEORGE L. TAYLOR, )
 )
    Defendants. )
_____)

## SPECIAL APPEARANCE AND ANSWER AND DEFENSES OF GEORGE L. TAYLOR

COMES NOW, George L. Taylor, Defendant in the above-captioned matter, and hereby file this, his Special Appearance Answers and Defenses to the Complaint:

### FIRST DEFENSE

This Court lacks personal jurisdiction over this Defendant.

### SECOND DEFENSE

This Defendant raises the defense of insufficiency of process.

### THIRD DEFENSE

This Defendant raises the defense of insufficient of service of process.

### FOURTH DEFENSE

This Court is not the proper venue for claims against Defendant.

### FIFTH DEFENSE

The Complaint fails to set forth a claim upon which relief may be granted.

### SIXTH DEFENSE

The Complaint is barred by the doctrine of accord and satisfaction.

1

## SEVENTH DEFENSE

The Complaint is barred by the doctrine of estoppel.

## EIGHTH DEFENSE

This Defendant raises the affirmative defense of laches.

## NINTH DEFENSE

This Defendant raises the affirmative defense of release.

## TENTH DEFENSE

This Defendant raises the affirmative defense of statute of limitations.

## ELEVENTH DEFENSE

This Defendant raises the affirmative defense of Statute of Frauds.

## TWELFTH DEFENSE

This Defendant raises the defense of failure of consideration.

## THIRTEENTH DEFENSE

Responding to the paragraphs of the Complaint, this Defendant states as follows:

1.

This Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of allegations contained in Paragraph 1 of the Complaint, and accordingly, denies the same.

2.

This Defendant admits Defendant Temenos Advisory, Inc. ("Temenos") is a Connecticut corporation licensed to do business in Georgia but denies the remaining allegations contained in Paragraph 2 of the Complaint.

3.

This Defendant admits he is a resident of Connecticut and lives at 265 Chestnut Hill Road, Litchfield, Connecticut but denies the remaining allegations contained in Paragraph 3 of the Complaint.

4.

This Defendant denies the allegations as stated in Paragraph 4 of the Complaint.

5.

This Defendant denies the allegations as stated in Paragraph 5 of the Complaint.

6.

This Defendant admits that Plaintiff worked for Temenos as a financial advisor but denies the remaining allegations contained in Paragraph 6 of the Complaint.

7.

This Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8.

This Defendant denies the allegations contained in Paragraph 8 of the Complaint.

9.

This Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10.

This Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11.

This Defendant denies the allegations contained in Paragraph 11 of the Complaint.

12.

This Defendant denies the allegations contained in Paragraph 12 of the Complaint.

13.

This Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14.

This Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15.

This Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16.

This Defendant denies the allegations contained in Paragraph 16 of the Complaint.

17.

This Defendant denies the allegations contained in Paragraph 17 of the Complaint.

Defendant further denies Plaintiff's prayer for relief and that Plaintiff is entitled to any relief from this Court.

WHEREFORE having fully answered all parts, subparts and paragraphs of the Complaint, this Defendant respectfully requests this Court dismiss this Complaint, cast all costs upon the Plaintiff, and for such other relief as this Court deems proper.

RESPECTFULLY SUBMITTED, this ___ day of July, 2015.

ROBERTS TATE, LLC

BY: _____
James L. Roberts, IV
State Bar No. 608580
jroberts@robertstate.com
Martina G. Palatto
State Bar No. 636027
jtate@robertstate.com
ATTORNEYS FOR DEFENDANT

Post Office Box 21828
St. Simons Island, Georgia 31522
(912) 638-5200
(912) 638-5300 — Fax

IN THE STATE COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CHARLES PACKARD,<br><br>    Plaintiff,<br><br>v.<br><br>TEMENOS ADVISORY, INC. and<br>GEORGE L. TAYLOR,<br><br>    Defendants. | )<br>)<br>)<br>)   Civil Case No.: CV-2015-0082<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I served a copy of the foregoing SPECIAL APPEARANCE AND ANSWER OF GEORGE L. TAYLOR upon the following parties, by U.S. Mail with proper postage affixed, to:

W. Andrew Bowen, Esq.
Bowen Painter, LLC
P.O. Box 8966
Savannah, Georgia 31412

This 13th day of July, 2015

*Martina Palatto*
Martina G. Palatto
State Bar No. 636027