# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHARLES PACKARD, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-87 |
| | * | |
| v. | * | |
| | * | |
| TEMENOS ADVISORY, INC.; and | * | |
| GEORGE L. TAYLOR, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The parties have notified the Court that the above-captioned case has settled. Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this cause of action. See Heape v. Flanagan, No. 607CV012, 2008 WL 2439736 (S.D. Ga. June 19, 2008).

The parties may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the parties' settlement so that the Court may retain jurisdiction to enforce the agreement, within sixty (60) days of this Order. If the parties elect not to file a dismissal judgment described herein, the Court will dismiss this cause of

action with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994).

**SO ORDERED**, this ___9___ day of ___November___, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA