UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLES PACKARD )
)
v. ) CV 215-87
)
TEMENOS ADVISORY, INC. and )
GEORGE L. TAYLOR, )

ORDER

Plaintiff Charles Packard and Defendant Temenos Advisory, Inc, and George L. Taylor, by and through their respective counsel, have filed a Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a), and stipulate to the dismissal of this action against both Defendants. The Clerk is ordered to close this case.

So ORDERED, this 15th day of November, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA